```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ION VIOREL IONITOIU, a/k/a "Ion Viorel Cardel," a/k/a "Jon Snow," a/k/a "Yanus," a/k/a "2," a/k/a "Mequbbal,"

                         Defendant.

21 Cr. 295-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for May 2, 2023, is ADJOURNED to **June 6, 2023**, at **1:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      It is further ordered that time until June 6, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial.

      SO ORDERED.

Dated: April 26, 2023
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge