```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/31/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ION VIOREL IONITOIU, a/k/a "Ion Viorel Cardel," a/k/a "Jon Snow," a/k/a "Yanus," a/k/a "2," a/k/a "Mequbbal,"

Defendant.

21 Cr. 295-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for June 6, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 31, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge