UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ION VIOREL IONITOIU, a/k/a "Ion Viorel
Cardel," a/k/a "Jon Snow," a/k/a "Yanus,"
a/k/a "2," a/k/a "Mequbbal,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _6/9/2023___

21 Cr. 295-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold change of plea hearing on **June 20, 2023**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: June 9, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge