```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ION VIOREL IONITOIU, a/k/a "Ion Viorel Cardel," a/k/a "Jon Snow," a/k/a "Yanus," a/k/a "2," a/k/a "Mequbbal,"

                        Defendant.

21 Cr. 295-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defense counsel's letter at ECF No. 232. Accordingly, the Court will hold a substitution of counsel hearing in this action on **September 5, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

      SO ORDERED.

Dated: August 16, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge