USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

**BY ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                RE:    <u>**United States v. Ion Viorel Ionitoiu**</u>
                      21 Cr. 295 (AT)

Dear Judge Torres:

      I represent Ion Viorel Ionitoiu in the above-referenced matter. He is currently scheduled to be sentenced on November 14, 2023. I write to respectfully request that the sentencing be adjourned to a date convenient to the Court during the week of December 18th. An adjournment would provide sufficient time to obtain additional documentation and provide translations for the Court's consideration at sentencing. This is Mr. Ionitoiu's first request for adjournment of sentencing and the government consents to this request. Accordingly, it is respectfully requested that the sentencing be adjourned to a date convenient to the Court during the week of December 18th. The defense consents to the exclusion of time under the Speedy Trial Act until the new date.

      We appreciate the Court's time and attention to this matter.

                                      Respectfully submitted,

                                      Michael D. Bradley, Esq.
                                      Counsel for Mr. Ionitoiu

GRANTED. The sentencing for Defendant Ion Viorel Ionitoiu, scheduled for November 14, 2023, is ADJOURNED to **December 19, 2023** at **3:00 p.m.** By **December 5, 2023**, Defendant Ionitoiu shall file his sentencing submission. By **December 12, 2023**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge