UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ION VIOREL IONITOIU,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/4/2024_

21 Cr. 295-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated December 22, 2023, and filed under seal, Defendant moved to seal portions of the sentencing transcript. ECF No. 253; *see* ECF Nos. 251–52 (transcript and notice of transcript filing). Defendant's motion is GRANTED. By **January 11, 2024**, Defendant shall supply the court reporter with his requested redactions.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

ANALISA TORRES
United States District Judge